**STATE of Missouri, Respondent**

v.

**Bryon FOSTER, Appellant.**

No. WD 49636.

Missouri Court of Appeals,
Western District.

Nov. 28, 1995.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM:

Bryon Foster appeals his conviction of first degree burglary, for which he was sentenced to five years' imprisonment. His appeal includes issues related to sufficiency of the evidence, admission of evidence, and instructional error.

Judgment is affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Opal OLDHAM, Appellant.**

No. WD 50639.

Missouri Court of Appeals,
Western District.

Nov. 28, 1995.

James L. McMullin, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

Opal Oldham was charged by information with sodomy, § 566.060.2, RSMo 1986. She was charged with acting in concert with her husband in abusing her daughter, who was less than fourteen years old. She appeals from her conviction, after jury trial for which she was sentenced to eight years imprisonment. The defendant contends that: (1) the evidence was insufficient as a matter of law to sustain the conviction; (2) the trial court erred in allowing the prosecutor to mention other instances of abuse in the opening statement because this was evidence of other crimes and, as such, was improper; (3) the trial court erred in permitting improper questioning of a character witness. The judgment of the trial court is affirmed. Rule 30.25(b).